# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Juan R Vazquez a/k/a Juan Ramon Vazquez a/k/a Juan Ramon Vasquez a/k/a Juan R Vasquez<br>**Debtor(s)** | BK NO. 21-00155-MJC<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                                    Respectfully submitted,

                                                 /s/ *Michael Farrington*
                                                 Michael Farrington
                                                 14 Nov 2023, 12:19:12, EST

                                                 KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA  19106
                                                 215-627-1322